# IN THE SUPREME COURT OF THE STATE OF NEVADA

SEAN MICHAEL MCKENDRICK,
        Appellant,

vs.

THE STATE OF NEVADA,
        Respondent.

No. 82466

**FILED**

MAR 04 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction and an amended judgment of conviction. Eighth Judicial District Court, Clark County; Jacqueline M. Bluth, Judge.

Appellant has filed a motion to voluntarily dismiss this appeal. The motion is granted. Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

cc:   Hon. Jacqueline M. Bluth, District Judge
      Sean Michael McKendrick
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

21-06383